HOMIX PRODUCTS, INC., Appellant, *v.* HENRY PAPE, INC., Respondent.

Argued June 1, 1949; decided July 19, 1949.

*Donald Marks, Arthur M. Bullowa* and *Jane M. Murphy* for appellant.

*Joseph Leary Delaney, Edwin A. Tennant, Jr., Lee Feltman* and *Harold A. Meriam, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and BROMLEY, JJ.